OPINION — AG — ** OKLAHOMA REAL ESTATE LICENSE CODE — BROKER — DISCOUNT COUPONS ** (1) 59 O.S. 858-312 [59-858-312](12), PROHIBITS ANY REAL ESTATE BROKER OR REAL ESTATE SALES ASSOCIATES FROM OFFERING DISCOUNT COUPONS ON HOUSEHOLD MERCHANDISE TO PURCHASERS OR PROSPECTIVE PURCHASERS OF REAL ESTATE LISTED BY THEM. (2) 59 O.S. 858-312 [59-858-312](12) DOES 'NOT' VIOLATE THE OKLAHOMA AND FEDERAL CONSTITUTION. (DUE PROCESS, PRIZE, DISCOUNT, INFLUENCE) CITE: 59 O.S. 858-101 [59-858-101], 59 O.S. 858-312 [59-858-312], ARTICLE II, SECTION 7 (MARC EDWARDS)